AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ALQUIST, NANCY V. | BANKRUPTCY COURT, DISTRICT OF MARYLAND | 12/27/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

101 W. LOMBARD STREET
CHAMBERS 2A
BALTIMORE, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF GOVERNORS | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 12/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES BOARD OF GOVERNORS | MARCH 14-15 | FORTH WORTH, TX | BOARD MEETING | TRAVEL, LODGING |
| 2. | BANKRUPTCY BAR ASSOCIATION FOR DISTRICT OF MARYLAND | MAY 13-14 | ANNAPOLIS, MD | SEMINAR FACULTY | TRAVEL, LODGING |
| 3. | FEDERAL JUDICIAL CENTER CHIEF JUDGES CONFERENCE | JUNE 8-10 | WASHINGTON, D.C. | CONFERENCE | TRAVEL, LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 12/27/2017 |

| 4. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES 2016 ANNUAL CONFERENCE | OCTOBER 25-29 | SAN FRANCISCO, CA | BOARD MEETING | TRAVEL, LODGING |
|---|---|---|---|---|---|
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 12/27/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PERSONALLY OWNED (HEADER) | | | | | | | | | |
| 2. M&T CHECKING | A | Interest | J | T | | | | | |
| 3. VANGUARD INSTITUTIONAL INDEX | A | Dividend | N | T | | | | | |
| 4. HARBOUR CAPITAL APPRECIATION | A | Dividend | N | T | | | | | |
| 5. | | | | | | | | | |
| 6. SPOUSE OWNED (HEADER) | | | | | | | | | |
| 7. M&T CHECKING | A | Interest | J | T | | | | | |
| 8. BAIRD MONEY MARKET | A | Interest | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. IRA (HEADER) | | | | | | | | | |
| 11. ROYCE FUD PENNSYLVANIA RYPCX | A | Dividend | L | T | | | | | |
| 12. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 13. LEGG MASON CAP MANAGEMENT OPPORTUNITY LMOPX | A | Dividend | M | T | | | | | |
| 14. FED INT SMALL CAP MANAGEMENT FD ISCAX | A | Dividend | K | T | | | | | |
| 15. PRUDENTIAL INV. JENNISONM EQUITY INCOME JEIBX | A | Dividend | L | T | | | | | |
| 16. FED ERATED INTERCONTINENTAL EQUITY RIMAX | A | Dividend | | | Sold | 04/20/16 | L | A | |
| 17. PRUDENTIAL INV. JENNISON 20/20 FOCUS PTWBX | A | Dividend | K | T | Sold (part) | 08/23/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FEDERATED EQUITY (INTERCONTINENTAL) RIMAX | A | Dividend | J | T | | | | | |
| 19. PUTNAM CAPITAL SPECTRUM CL B PVSBX | A | Dividend | L | T | | | | | |
| 20. PRINCIPAL SMALL MID CAP DIVIDENT INCOME PMDAX | A | Dividend | L | T | Sold (part) | 08/28/16 | J | A | |
| 21. | | | | | Sold (part) | 12/22/16 | J | A | |
| 22. MILLER INCOME OPPTY LCMIX | A | Dividend | L | T | | | | | |
| 23. FEDERATED INT LEADERS FGFAX | A | Dividend | K | T | | | | | |
| 24. HARTFORD GROWTH OPPTYS CL A HGOAX | A | Dividend | K | T | | | | | |
| 25. STARBUCKS CORP SBUX | A | Dividend | K | T | Buy | 04/20/16 | K | | |
| 26. VISA INC CL A V | A | Dividend | K | T | Buy | 04/20/16 | K | | |
| 27. CVS WORLD CORP CVS | A | Dividend | K | T | Buy | 04/20/16 | K | | |
| 28. | | | | | | | | | |
| 29. HARTFORD BALANCED INCOME CL A HDLAX | A | Dividend | K | T | Buy | 08/23/16 | K | | |
| 30. DEARBORN PARTNERS RISING DIVIDEND CL A DRDAX | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 12/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 12/27/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **NANCY V. ALQUIST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544